IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CLYDE EDWARD YOUNG, SR.                                                          PETITIONER

VERSUS                                              CIVIL ACTION NO. 5:08cv173DCB-MTP

RANDY BUTLER, et al.                                                              RESPONDENT

## **FINAL JUDGMENT**

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed as frivolous and to the extent that the petition can be construed as a § 2255 motion it shall be dismissed for this court's lack of jurisdiction, with prejudice.

SO ORDERED AND ADJUDGED, this the   16th   day of June, 2008.


                                    s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE